Case 5:23-cv-00092   Document 19   Filed on 06/10/24 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
June 10, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| CARLOS ALONSO, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:23-CV-00092 |
| | § | |
| JM TRANSPORTS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### ORDER

On May 29, 2024, Plaintiffs Carlos Alonso and Guillermo Alonso (collectively, "Plaintiffs") and Defendant JM Transports ("Defendant JM Transports") filed a Joint Stipulation of Dismissal with Prejudice (Dkt. 18). *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). The Stipulation, signed by counsel for all parties who have appeared, notified the Court that the case has been dismissed with prejudice. (Dkt. 18 at 1.) *See* Fed. R. Civ. P. 41(a)(1)(A)(ii), (B). Notably, Defendant Refugio Peres Soto ("Defendant Peres") was served with process, but he never appeared to defend the litigation. *See* (Dkt. 10.) *See also* (Min. Entry for Oct. 19, 2023) (all parties except Defendant Peres appearing); *see generally* (Dkts. 4, 6, 7, 8, 12, 13, 14, 15, 18) (Plaintiff and Defendant JM Transports' filings on the record, but no filings from Defendant Peres). Thus, Defendant Peres's signature was not necessary to effectuate the Parties' voluntary dismissal pursuant to Rule 41(a)(1)(A)(ii). *See Emerson v. City of Richardson, Tex.*, 2023 WL 6149198 at *1 (N.D. Tex. Sept. 20, 2023) ("And it is of no consequence that [plaintiff] named defendants other than the City in the petition she filed in state court or in the amended complaint that she filed after removal…because the only defendant 'who has appeared' is the City."); *Cf. Wheeler v. Am. Home Prod. Corp.*, 582 F.2d 891, 896 (5th Cir. 1977) (holding that a dismissal stipulation not signed by

intervening plaintiffs was ineffective under Rule 41(a)(1)). Accordingly, the Clerk of Court is DIRECTED to TERMINATE the case.

 IT IS SO ORDERED.

 SIGNED this June 10, 2024.

                _____
                Diana Saldaña
                United States District Judge